## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IDA RENAE NOBLES INDIVIDUALLY, | § | |
| K.N. MINOR, BY AND THROUGH HIS | § | |
| GUARDIAN KADEIDRA BELL, & L.N., | § | |
| MINOR, BY AND THROUGH HIS | § | |
| GUARDIAN, MICHELLE DASHAUN | § | A-19-CV-389-ML |
| SMITH AS HEIRS AT LAW TO THE | § | |
| ESTATE OF LANDON NOBLES, | § | |
| Plaintiff | § | |
| V. | § | |
| | § | |
| SERGEANT RICHARD EGAL AND | § | |
| CORPORAL MAXWELL JOHNSON, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered action.  The parties consented to this court's jurisdiction, and the case was assigned to this court's docket for all purposes on February 25, 2021 (Dkt. #16).

On December 6, 2021, the court called the above-styled and numbered cause for trial on all claims alleged by Plaintiffs against Defendants Sergeant Richard Egal and Corporal Maxwell Johnson and the case proceeded with a jury of eight legally qualified jurors.

On December 15, 2021, the jury returned its verdict in favor of Plaintiffs.  Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is entered in favor of Plaintiffs Ida Renae Nobles, individually, K.N., minor, by and through his guardian Kadeidra Bell & L.N., minor, by and through his guardian Michelle Dashaun Smith as heirs at law to the estate of Landon Nobles.

Plaintiffs are entitled to recover the following compensatory damages, awarded by the jury in their verdict, jointly and severally from Defendants:

1.  Physical pain and mental anguish experienced by Landon Nobles - $3,670,000.00

1

Plaintiff Ida Renae Nobles is entitled to recover the following compensatory damages, awarded by the jury in their verdict, jointly and severally from Defendants:

1. Loss of companionship and society sustained in the past - $2,000,000.00

2. Loss of companionship and society in reasonable probability will be sustained in the future - $4,300,000.00

3. Mental anguish sustained in the past - $3,500,000.00

4. Mental anguish in reasonable probability will be sustained in the future - $7,000,000.00

Plaintiff K.N., minor, by and through his guardian Kadeidra Bell, is entitled to recover the following compensatory damages, awarded by the jury in their verdict, from jointly and severally Defendants:

1. Loss of companionship and society sustained in the past - $500,000.00

2. Loss of companionship and society in reasonable probability will be sustained in the future - $11,200,000.00

3. Mental anguish sustained in the past - $250,000.00

4. Mental anguish in reasonable probability will be sustained in the future - $11,200,000.00

Plaintiff L.N., minor, by and through his guardian Michelle Dashaun Smith, is entitled to recover the following compensatory damages, awarded by the jury in their verdict, jointly and severally from Defendants:

1. Loss of companionship and society sustained in the past - $500,000.00

2. Loss of companionship and society in reasonable probability will be sustained in the future - $11,200,000.00

3. Mental anguish sustained in the past - $250,000.00

2

4. Mental anguish in reasonable probability will be sustained in the future - $11,200,000.00

Plaintiffs are entitled to recover the following punitive damages, awarded by the jury in their verdict, from these defendants:

Defendant Egal - $187,500.00

Defendant Johnson - $150,000.00

**IT IS FURTHER ORDERED** that any pending motions are hereby **TERMINATED**.

**IT IS FURTHER ORDERED** that Plaintiffs may file a motion for reasonable attorneys' fees and a bill of costs, with supporting documentation, no later than **fourteen days** after the entry of final judgment, pursuant to Local Rules CV-7 and CV-54.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED.**


SIGNED January 5, 2022.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE